NUMBER 13-04-466-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
JAMES WAYNE,                                                               Appellant,

v.

JACKSON COUNTY APPRAISAL DISTRICT,                          Appellee.
____________________________________________________________________

On appeal from the 267th District Court
of Jackson County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Rodriguez, Castillo, and Garza
Memorandum Opinion Per Curiam

         Appellant, JAMES WAYNE, perfected an appeal from a judgment entered by the
267th District Court of Jackson County, Texas, in cause number 01-8-11698. After
the notice of appeal was filed, the parties filed an agreed motion to dismiss the appeal. 
In the motion, the parties state that they have agreed to terms which resolve their
differences in the dispute underlying this appeal. The parties request that this Court
dismiss the appeal.
         The Court, having considered the documents on file and the agreed motion to
dismiss the appeal, is of the opinion that the motion should be granted. The agreed
motion to dismiss is granted, and the appeal is hereby DISMISSED.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 14th day of April, 2005.